# Exhibit A

**(Additional hard copy of the Copyrighted Work will be provided pursuant to the assigned Judge's rules).**

## I'm Gonna Love You Just A Little More, Babe