# Exhibit B



# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**Eu 387551**

**September 23, 2024**

*Shira Perlmutter*

United States Register of Copyrights and Director

C-731 · 10/2020

... additional words and music.)

*Complete all applicable spaces on next page*



Page 1

# Application for Registration of a Claim to Copyright

**in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| **E** | E u 387551 |

DO NOT WRITE HERE
EP    (EU)

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.
Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with:

*(a)* If unpublished, one complete copy of the work and the registration fee of $6.
*(b)* If published, two copies of the best edition of the work and the registration fee of $6.
Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name __JANUARY MUSIC CORPORATION and SA-VETTE MUSIC INC.__

Address __25 West 56th Street, New York, N.Y. 10019__

Name _____

Address _____

**2. Title:** __I'M GONNA LOVE YOU JUST A LITTLE MORE, BABE__
(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5) give information about the author of the new matter.

Name __Barry White__
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. __X__ Other _____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes __X__ No ____ Address __Los Angeles, Calif.__ Author of __Words & Music__
(State which: words, music, arrangement, etc.)

Name _____
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. _____ Other _____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

Name _____
(Give legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. _____ Other _____
(Check if U.S. citizen)    (Name of country)

Domiciled in U.S.A. Yes ____ No ____ Address _____ Author of _____
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:** ➤➤ **NOTE:** | **Leave all spaces of line 4 blank unless your work has been PUBLISHED.** | ◄◄
Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made or printed, or the date when the work was performed should not be confused with the date of publication. (NOTE: The full date (month, day, and year) must be given.)

_____
(Month)    (Day)    (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first published.

_____

**5. Previous Registration or Publication:** ➤➤ **NOTE:** | **Leave all spaces of line 5 blank unless the instructions below apply to your work.** | ◄◄
If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form, or if any substantial part of the work was previously published anywhere, give requested information.

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ____ No ____ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adaptation, editorial revision, and the like, as well as additional words and music.)

| | EXAMINER |
|---|---|
| | gsm |

*Complete all applicable spaces on next page*

**6.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

JANUARY MUSIC CORPORATION

**7.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name _____ Address _____

**8. Send certificate to:**

(Type or print name and address) Name / Address

JANUARY MUSIC CORPORATION
25 West 56th Street
(Number and street)
New York, N.Y. 10019
(City)        (State)        (ZIP code)

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_(Signature of copyright claimant or duly authorized agent)_

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.

Class A or B {
Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
}

Class B {
Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.
}

Class C — Form C—Lecture or similar production prepared for oral delivery.

Class D — Form D—Dramatic or dramatico-musical composition.

Class E {
Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
}

Class F — Form F—Map.

Class G — Form G—Work of art or a model or design for a work of art.

Class H — Form H—Reproduction of a work of art.

Class I — Form I—Drawing or plastic work of a scientific or technical character.

Class J — Form J—Photograph.

Class K {
Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
}

Class L or M } Form L-M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| | |
|---|---|
| Application received | JAN - 8 1973 |
| One copy received | JAN - 8 1973 |
| Two copies received | |
| Fee received | |
| Renewal | RE 841 799 |

U.S. GOVERNMENT PRINTING OFFICE : 1968—O-320-471

Page