# Exhibit C

**(Additional hard copy of the Infringing Work will be provided pursuant to the assigned Judge's rules).**

# Like That