# Exhibit D

**(Additional hard copy of the Everlasting Bass song will be provided pursuant to the assigned Judge's rules).**

# Everlasting Bass