```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
THE BARRY WHITE FAMILY TRUST U/A/D: :    24cv7509 (DLC)
DECEMBER 19, 1980, BY ITS DULY      :
EMPOWERED TRUSTEES,                 :
                       Plaintiffs,  :    ORDER
                                    :
              -v-                   :
                                    :
JOE COOLEY et al.,                  :
                       Defendants.  :
------------------------------------X
```

DENISE COTE, District Judge:

This action was filed on October 3, 2024. The Complaint and its attached exhibits reference three songs that are at issue in this action. Accordingly, it is hereby

ORDERED that the plaintiffs shall submit a CD or flash drive containing the songs referenced in the Complaint and Exhibits to the Court.

IT IS FURTHER ORDERED that the plaintiffs shall file with the Clerk of Court a copy of this Order as well as a copy of the same CD or flash drive by delivery to Records Management in Room 370 at the United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:    New York, New York
          October 29, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge