```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv07509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :        ORDER
                                         :
                         Plaintiff,      :
                                         :
              -v-                        :
                                         :
JOE COOLEY et al.,                       :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 3, 2024, the defendants filed a motion to dismiss the plaintiff's original complaint in this action pursuant to Rule 12(b)(2), Fed. R. Civ. P. An Order of December 3 directed the plaintiff to file any amended complaint by January 10 and alerted the plaintiff that they would likely not have another opportunity to amend. The plaintiff filed an amended complaint on January 10. Accordingly, it is hereby

ORDERED that the defendants' December 3 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by January 31
- Opposition served by February 21
- Reply served by March 7

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           January 14, 2025

                                   _____
                                           DENISE COTE
                                   United States District Judge