UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
THE BARRY WHITE FAMILY TRUST U/A/D:  :      24cv07509 (DLC)
DECEMBER 18, 1980, BY ITS DULY       :
EMPOWERED TRUSTEES,                  :      ORDER
                                     :
                        Plaintiff,   :
                                     :
            -v-                      :
                                     :
JOE COOLEY et al.,                   :
                                     :
                        Defendants.  :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

        The plaintiffs bring claims of copyright infringement

against defendants Joe Cooley and Rodney Oliver.  The plaintiffs

allege that Oliver does business as Not Intrested Publishing,

which is his wholly owned sole proprietorship and is controlled

by Necole Key.  The defendants moved to dismiss the Amended

Complaint based on lack of personal jurisdiction on January 31,

2025.  That motion will become fully submitted on March 14.

        On March 5, Necole Key moved to intervene in this action as

a pro se party.  Key argues that she is personally harmed by

this litigation because it has led to withholding of earnings

from Olivier, and has therefore deprived her of commission-based

earnings as his music rights manager.  She requests dismissal of

the plaintiffs' claims and seeks to bring her own claims against

the plaintiffs.  Accordingly, it is hereby

ORDERED that any opposition by the plaintiffs or the defendants to Key's motion to intervene is due by March 14, 2025.  Any reply is due by March 19, 2025.

IT IS FURTHER ORDERED that, if Key continues to proceed pro se, she shall complete a Notice of Appearance form and submit it by email or mail to the Pro Se Office by March 21, 2025.  You may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions, & Manuals": https://www.nysd.uscourts.gov/prose.

IT IS FURTHER ORDERED that, to the extent that Key continues to proceed pro se, she must mail or email any communications with the Court to the Pro Se Intake Unit. Instructions for email communication with the Pro Se Intake Unit may be found at:

https://www.nysd.uscourts.gov/sites/default/files/2021-04/2021-04-21-Email-Instructions-pro-se-filings-final.pdf. Communications may also be mailed to the Pro Se Intake Unit at 40 Foley Square, Room 105, New York, New York, 10007.  The telephone number for the Pro Se Intake Unit is (212) 805-0175. A pro se party may not send any document or filing directly to Chambers.  Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.  Unless the Court

orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system.  If any other party is not a user of the ECF system (e.g., if there is another pro se party in the case), a pro se party must send copies of any filing to the party and include proof of service affirming that he or she has done so.  Copies of correspondence between a pro se party and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that, to the extent that Key continues to proceed pro se, she may consider contacting the Federal Pro Se Legal Assistance Project (the "Clinic") opened in this District to assist people who are parties in civil cases and do not have lawyers.  The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  To receive limited-scope assistance from the Clinic, parties may complete the Clinic's intake form on their computer or phone at: https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.  If the parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 382-4794.  A copy of a flyer with

3

details of the clinic is attached to this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this Order upon Key and note service on the docket.

Dated:    New York, New York
          March 7, 2025

_____
DENISE COTE
United States District Judge

4

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.