```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :         ORDER
                                         :
                        Plaintiffs,      :
                                         :
              -v-                        :
                                         :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a    :
RODNEY-O, d/b/a NOT INTRESTED            :
PUBLISHING,                              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiffs bring claims of copyright infringement against defendants Joe Cooley and Rodney Oliver. The defendants moved to dismiss the Amended Complaint based on lack of personal jurisdiction on January 31, 2025, and the plaintiffs filed an opposition to that motion on February 21.

On March 5, Necole Key moved to intervene in this action as a pro se party. Key asserts that she is Oliver's music rights manager.

An Order of March 18 noted that Key appears to operate a business entity named Lady Key Management, and instructed Key that if the rights manager to Oliver is Lady Key Management or any other business entity, that entity is required by law to be represented by an attorney. Key's March 20 filing does not

address whether Oliver's rights manager is a business entity.

On March 21, counsel for the defendants, Timothy C. Matson and Philip Z. Langer of Fox Rothschild LLP ("Fox"), filed a motion to withdraw and associated declarations. Fox asks for a stay of thirty days to allow the defendants to obtain new counsel, should they choose to do so. Oliver and Key filed, on March 14, notices of pro se appearance, while Cooley has not done so.

On March 25, the plaintiffs filed a letter noting that they oppose the requested stay, but do not oppose Fox's motion to withdraw. Also on March 25, Oliver filed a "motion" stating that he consents to personal jurisdiction and supports Key's motion to intervene. Accordingly, it is hereby

ORDERED that Key must file, by March 31, 2025, a letter disclosing the identity of the rights manager for Oliver. Any such letter shall address whether Key's business is incorporated, the role of Lady Key Management in her business, and whether Lady Key Management or any other business entity controlled by Key has a contractual relationship with Oliver. As described in the March 18 Order, if the rights manager for Oliver is a business entity, an attorney must appear on behalf of that entity. Otherwise, Key's motion to intervene will be denied without further consideration.

2

IT IS FURTHER ORDERED that any opposition to Fox's motion to withdraw as counsel for the defendants shall be filed by March 31.

IT IS FURTHER ORDERED that, if Oliver and Cooley choose to be represented by new counsel, their new counsel shall file a notice of their appearance by April 18. Otherwise, the Court will assume that Oliver and Cooley both seek to proceed pro se.

IT IS FURTHER ORDERED that the deadline for any reply to the defendants' January 31 motion to dismiss is extended from April 4 to April 18.

IT IS FURTHER ORDERED that Fox shall serve a copy of this Order upon Key, Oliver, and Cooley.

Dated:  New York, New York
        March 26, 2025

                                    _____
                                    DENISE COTE
                                    United States District Judge