UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE BARRY WHITE FAMILY TRUST U/A/D  December 18, 1980, by its duly
empowered trustees,
Plaintiffs,
v.
JOE COOLEY, RODNEY DAVID OLIVER p/k/a RODNEY-O, d/b/a NOT
INTRESTED PUBLISHING,
Defendants.
Case No.: 1:24-cv-07509-DLC

Rodney Oliver's Response to Motion to Withdraw by Fox Rothschild LLP

I, Rodney David Oliver, respectfully submit this response regarding the
motion of Fox Rothschild LLP to withdraw as counsel of record.
I do not oppose the firm's request to withdraw. However, I explicitly
reserve all rights to pursue any potential legal claims, including but not
limited to claims for malpractice or breach of fiduciary duty, against Fox
Rothschild LLP and any of its attorneys arising out of their prior
representation in this matter.

Respectfully submitted,

Rodney David Oliver
March 26,2025
/s/ Rodney Oliver, Pro Se
Rodney David Oliver
11074 Oso Ave
Chatsworth, CA 91311
rodneyolivermusic@gmail.com
818-588-9282

Case 1:24-cv-07509-DLC    Document 56    Filed 03/26/25    Page 2 of 2