```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THE BARRY WHITE FAMILY TRUST U/A/D:       :   24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY            :
EMPOWERED TRUSTEES,                       :       ORDER
                                          :
                    Plaintiffs,           :
                                          :
          -v-                             :
                                          :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a     :
RODNEY-O, d/b/a NOT INTRESTED             :
PUBLISHING,                               :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 21, 2025, counsel for the defendants, Fox Rothschild LLP ("Fox"), filed a motion to withdraw. A Memorandum Opinion issued today grants that motion, denies a motion to intervene by Necole Key, and addresses related matters. Accordingly, it is hereby

ORDERED that Fox shall serve a copy of the Memorandum Opinion issued today upon Key, Oliver, and Cooley, and file proof of service on the docket.

Dated:   New York, New York
         April 9, 2025

                              _____
                                     DENISE COTE
                              United States District Judge