UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE BARRY WHITE FAMILY
TRUST U/A/D: DECEMBER 19, 1980,           Case No. 24-cv-07509 (DLC)
BY ITS DULY EMPOWERED TRUSTEES

                Plaintiffs,                          **ANSWER TO RODNEY DAVID**
                                                          **OLIVER'S**
    -against-                              **COUNTERCLAIMS**

JOE COOLEY,
RODNEY DAVID OLIVER P/K/A
RODNEY-O, d/b/a NOT INTRESTED PUBLISHING

                Defendants.
------------------------------------------------------------x

The Barry White Family Trust U/A/D December 19, 1980, by and through its co-trustees (collectively, "Plaintiffs"), through its undersigned counsel, for and as its Answer to the counterclaims (Dkt. 70) (the "Counterclaims") filed by Defendant Rodney David Oliver (hereinafter referred to as "Oliver"), answer and allege as follows:

## COUNTERCLAIMS

1. Plaintiffs deny knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Counterclaims and, on that basis, deny the allegations contained therein.

2. Plaintiffs deny the allegations in Paragraph 2 of the Counterclaims.

3. Plaintiffs deny the allegations in Paragraph 3 of the Counterclaims.

4. Plaintiffs deny the allegations in Paragraph 4 of the Counterclaims.

5. Plaintiffs deny the allegations in Paragraph 5 of the Counterclaims.

6. Plaintiffs deny the allegations in Paragraph 6 of the Counterclaims.

7. Plaintiffs deny the allegations in Paragraph 7 of the Counterclaims.

8. Plaintiffs deny the allegations in Paragraph 8 of the Counterclaims.

9. Plaintiffs deny the allegations in Paragraph 9 of the Counterclaims.

10. Plaintiffs deny the allegations in Paragraph 10 of the Counterclaims.

11. Plaintiffs deny the allegations in Paragraph 11 of the Counterclaims.

12. Plaintiffs deny the allegations in Paragraph 12 of the Counterclaims.

## GENERAL DENIAL AND DEFENSES

Plaintiffs deny any and each allegation, inference, declaration, claim, inference, or assertion in the Counterclaims that is not specifically and explicitly admitted in this Answer.

In addition, Plaintiffs further propounds the following separate and additional defenses and, in so doing, Plaintiffs in no way concedes that it has the burden of proof and/or burden of persuasion with respect to any of the additional defenses set forth herein.

## FIRST AFFIRMATIVE DEFENSE

Any damages which may have been sustained by Oliver were caused or contributed to in whole or in part by the culpable conduct or contributory negligence and fault of Oliver or his employees, representatives, agents or affiliates.

## SECOND AFFIRMATIVE DEFENSE

Upon information and belief, Oliver has failed to mitigate its claimed injury and damages.

## THIRD AFFIRMATIVE DEFENSE

Oliver's reliance, if any, on the purported acts or omissions of the Plaintiffs was not reasonable and was not justified.

### FOURTH AFFIRMATIVE DEFENSE

The claims in the Counterclaims are barred, in whole or in part, by the equitable doctrine of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Oliver's Counterclaims fail to state a cause of action.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' defense is based on documentary evidence.

### ADDITIONAL DEFENSES

Plaintiffs hereby give notice that, due to its incomplete knowledge as to the matters set forth in the Counterclaims, it is unable to determine whether it has additional defenses or claims not expressly enumerated in the preceding paragraphs or elsewhere in this Answer. Plaintiffs thus reserves its right to amend its Answer, to assert additional defenses or claims and to rely upon those additional defenses and claims to the extent they become available or apparent during discovery or further proceedings in this action.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs requests that the Court enter judgment against Oliver as follows:

a. Dismissing Oliver's Counterclaims in its entirety with prejudice and that judgment be entered in favor of Plaintiffs;

b. Awarding Oliver nothing;

c. Awarding Plaintiffs the costs of suit, including attorney's fees, incurred in the defense of this action; and

        d.    Awarding Plaintiffs such other and further relief as it deems just and proper.

Dated:    New York, New York
            April 30, 2025

                      Respectfully submitted,

                      HERBSMAN, HAFER, WEBER
                      & FRISCH, LLP

                      By: _____
                      Dorothy M. Weber, Esq. (DMW 4734)
                      494 Eighth Avenue, 6th Floor
                      New York, New York 10010
                      Phone - 212-245-4580
                      Fax - 212-956-6471
                      dorothy@musiclaw.com