```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THE BARRY WHITE FAMILY TRUST U/A/D:       :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY            :
EMPOWERED TRUSTEES,                       :        ORDER
                                          :
                    Plaintiffs,           :
                                          :
               -v-                        :
                                          :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a     :
RODNEY-O, d/b/a NOT INTRESTED             :
PUBLISHING,                               :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    A schedule was previously set for this action in an Order of April 25, 2025. At the time, defendant Rodney Oliver had indicated that he would request a jury trial, but he has since stated that he does not request a jury trial. The Court set a deadline of May 20 for any party to request a jury trial, and no such request has been made. Accordingly, it is hereby

    ORDERED that, should a trial be required, it shall be a bench trial.

Dated:    New York, New York
           May 27, 2025

                                    _____
                                            DENISE COTE
                                   United States District Judge