UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :         ORDER
                                         :
                    Plaintiffs,          :
                                         :
        -v-                              :
                                         :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a    :
RODNEY-O, d/b/a NOT INTRESTED            :
PUBLISHING,                              :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It is hereby ORDERED that defendant Rodney Oliver's May 20 request to compel the production of documents (ECF No. 98) is denied. Oliver's requests for dismissal and sanctions that are contained in the same filing are also denied. As noted in the Order of May 20, a motion to compel may only be filed if a party fails to produce the requested material within the time permitted by the Federal Rules of Civil Procedure, this Court's Orders, or the parties' agreement.

Dated:   New York, New York
         May 27, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge