Case No. 24-cv-07509-DLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**THE BARRY WHITE FAMILY TRUST,**
 Plaintiff,
v.
JOE COOLEY, RODNEY DAVID OLIVER p/k/a RODNEY-O,
d/b/a NOT INTRESTED PUBLISHING,
 Defendant.

**Case No. 24-cv-07509-DLC**

---

**MOTION FOR TRIAL BY JURY**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Rodney David Oliver, appearing pro se, hereby demands a trial by jury on all issues so triable in the above-captioned action.

**STATEMENT IN SUPPORT:**

Defendant respectfully requests that a jury — not solely the Court — determine the material facts in this matter. This case involves not just complex copyright issues, but important questions of:

- Authorship and authorship misrepresentation;

- Alleged infringement of a musical work that lacks proper deposit documentation;

- Unsubstantiated claims of current copyright ownership by Plaintiff;

- Damages, licensing rights, and contractual misrepresentation.

This case is not purely legal in nature. It involves **equity, credibility, artistic ownership, and cultural legacy** — matters best evaluated by a jury of peers, particularly given the longstanding erasure of independent Black creators in the commercial music industry.

Accordingly, Defendant respectfully requests this case be set for trial by jury.

Dated: May 23, 2025
 Chatsworth, CA

1

**Case No. 24-cv-07509-DLC**

**Respectfully submitted,**

**/s/ Rodney David Oliver**
Rodney David Oliver (Pro Se)
11074 Oso Avenue
Chatsworth, CA 91311
Email: rodneyolivermusic@gmail.com

Case No. 24-cv-07509-DLC

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2025, I caused a true and correct copy of the foregoing Objection to Proposed Protective Order (Dkt. 94) to be served upon the following parties by email and U.S. Mail:

Dorothy M. Weber, Esq.
Shukat Arrow Hafer Weber & Herbsman, LLP
494 8th Avenue, Suite 600
New York, NY 10001
Email: dorothy@musiclaw.com

Joe Cooley, Pro Se
248 E 157th Street
Gardena, CA 90248
Email: cooleyjoe011@gmail.com

Respectfully submitted,
/s/ Rodney David Oliver
Rodney David Oliver
Pro Se Defendant
11074 Oso Ave
Chatsworth, CA 91311
Rodneyolivermusic@gmail.com