```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
THE BARRY WHITE FAMILY TRUST U/A/D:        :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY             :
EMPOWERED TRUSTEES,                        :          ORDER
                                           :
                         Plaintiffs,       :
                                           :
              -v-                          :
                                           :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a      :
RODNEY-O, d/b/a NOT INTRESTED              :
PUBLISHING,                                :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

At the telephonic pretrial conference held on April 24, 2025, defendant Rodney Oliver indicated that he would request a jury trial. Oliver then changed his mind, stating in a letter of May 1 that he does not request a jury trial (ECF No. 87). An Order of May 20 set a deadline of May 23 for any party to request a jury trial. In a letter filed May 25 and docketed May 28, Oliver stated that he requests a jury trial after all (ECF No. 105). Accordingly, it is hereby

ORDERED that the Order of May 27 stating that any trial in this action shall be a bench trial (ECF No. 103) is vacated.

IT IS FURTHER ORDERED that, should a trial be required, it

shall be a jury trial.

Dated:  New York, New York
        May 29, 2025

                                                                     _____
                                                                        DENISE COTE
                                                      United States District Judge