# Exhibit A

**HERBSMAN HAFER WEBER & FRISCH, LLP**
Attorneys At Law
494 Eighth Avenue, Sixth Floor
New York, New York 10001

Jonas E. Herbsman
J. Jeffrey Hafer
Dorothy M. Weber
Michael B. Frisch
-------------
Rakhil Kalantarova
-------------
James E. Doherty
Of Counsel

Telephone (212) 245-4580
Telecopier (212) 956-6471
-------------

WRITER'S E-MAIL:
dorothy@musiclaw.com

June 13, 2025

**Via Email:** rodneyolivermusic@gmail.com

Mr. Rodney David Oliver
11074 Oso Avenue
Chatsworth, CA 91311

**Via Email:** cooleyjoe011@gmail.com

Mr. Joe Cooley
248 E 157th Street
Gardena, CA 90248

  *Re:* The Barry White Family Trust U/A/D: December 19, 1980, By its Duly Empowered Trustees v. Cooley et al. Case No. 24-cv-07509-DLC

Dear Mr. Oliver and Mr. Cooley:

  Attached please find our written responses and objections to your document demands and interrogatories. We are also providing a link with the first tranche of our rolling document production. We will produce documents pursuant to the Confidentiality Order once we have received Ms. Key's executed acknowledgment and agreement as that Order provides. We have asked you for this multiple times and to date you have failed to provide it.

        Very truly yours,

        HERBSMAN HAFER WEBER
        & FRISCH, LLP

        Dorothy M. Weber, Esq.

DMW/rr