# Exhibit B

(Without attachment)

**HERBSMAN HAFER WEBER & FRISCH, LLP**
Attorneys At Law
494 Eighth Avenue, Sixth Floor
New York, New York 10001

Jonas E. Herbsman
J. Jeffrey Hafer
Dorothy M. Weber
Michael B. Frisch

Rakhil Kalantarova

James E. Doherty
Of Counsel

Telephone (212) 245-4580
Telecopier (212) 956-6471

**WRITER'S E-MAIL:**
dorothy@musiclaw.com

June 30, 2025

**Via Email:**  rodneyolivermusic@gmail.com

Mr. Rodney David Oliver
11074 Oso Avenue
Chatsworth, CA 91311

**Via Email:**  cooleyjoe011@gmail.com

Mr. Joe Cooley
248 E 157th Street
Gardena, CA 90248

   *Re:* The Barry White Family Trust U/A/D: December 19, 1980, By its Duly Empowered Trustees v. Cooley et al. Case No. 24-cv-07509-DLC

Dear Mr. Oliver and Mr. Cooley:

  On June 25, 2025, we wrote in connection with the deficiencies in connection with your written responses. We attach that correspondence. We also asked when your documents would be produced. To date, we have received no response. Please advise what times on July 9 or July 10, 2025 you are available for a meet and confer.

  This letter is written with a full reservation of our client's rights and remedies, all of which are hereby expressly reserved.

          Very truly yours,

          HERBSMAN HAFER WEBER
          & FRISCH, LLP

          Dorothy M. Weber, Esq.