```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
THE BARRY WHITE FAMILY TRUST U/A/D:        :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY             :
EMPOWERED TRUSTEES,                        :        ORDER
                                           :
                         Plaintiffs,       :
                                           :
                 -v-                       :
                                           :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a      :
RODNEY-O, d/b/a NOT INTRESTED              :
PUBLISHING,                                :
                                           :
                         Defendants.       :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received defendant Rodney Oliver's letter of July 8, 2025 and the plaintiffs' letter of July 9, 2025, it is hereby

ORDERED that a conference shall be held telephonically on **July 11, 2025** at **2:30 p.m. Eastern Time**. The parties shall use the following dial-in credentials:

        Dial-in:      1-855-244-8681

        Access code:  2312 042 2648

The parties shall use a landline if one is available.

The purpose of the conference is to discuss the parties' disputes related to discovery. If you cannot participate in the July 11 conference at the time and date specified, you must promptly request a change in writing. The request must (a) specify the reasons why you cannot attend, (b) state whether the

other parties have consented to a change in the conference date, and (c) list alternative dates and times when all parties are available to appear. Unless all parties are notified that the conference date has been changed, it will be held as scheduled.

IT IS FURTHER ORDERED that the plaintiffs shall promptly serve this Order on the defendants. They may do so through email service.

Dated:    New York, New York
          July 9, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge