# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Barry White Family Trust U/A/D December 19, 1980,

Plaintiff,

v.

Rodney David Oliver,

Defendant.

Case No. 1:24-cv-07509 (DLC)

## DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER FED. R. CIV. P. 12(h)(3)

### PRELIMINARY STATEMENT

Plaintiff lacks standing under 17 U.S.C. § 501(b) because it has failed to demonstrate a valid, unbroken chain of title to any exclusive rights in the musical composition "I'm Gonna Love You Just a Little More, Babe". The undisputed record, including the 1968 January Music–Sa-Vette Agreement (BWT-001318 to BWT-001320), the 1974 Exclusive Songwriter Services Agreement (BWT-001321 to BWT-001323), and public record assignments such as V1669P081, V1972P205, V1901P275, V1876P274, and V1669P070, shows that Barry White assigned all rights, including the renewal term, to his corporate publishers and collection societies. These works were created under exclusive songwriter agreements that rendered them "works made for hire," foreclosing any statutory termination rights under 17 U.S.C. §§ 203 and 304(c). Plaintiff has produced no valid statutory termination notice or reassignment and has failed to identify any protectable material that was allegedly infringed. Without standing, this Court lacks subject matter jurisdiction, and dismissal is mandatory.

### UNDISPUTED FACTUAL BACKGROUND

1. 1968 January Music–Sa-Vette Agreement (BWT-001318 to BWT-001320): Assignment by Barry White.
2. 1974 Exclusive Songwriter Services Agreement (BWT-001321 to BWT-001323): Reaffirms assignment.
3. 1978 Assignment — Interworld Music Group to Six Continents Music Publishing (V1669P081).

4. 1983 Assignment — Six Continents to Unichappell Music, Inc. (V1972P205).

5. 1981 and 1982 Assignments by Barry White d/b/a Sa-Vette Music to BMI (V1901P275; V1876P274).

6. Certificate of Registration confirming EU387551, EP311362 & EP319808 for 'I'm Gonna Love You Just a Little More, Babe' (V1669P070).

7. Security interest documents (V3510D181; V3578D654; V3579D654) confirm no valid termination or reassignment back to Plaintiff.

## LEGAL STANDARD

Standing is a jurisdictional prerequisite under 17 U.S.C. § 501(b). A plaintiff must prove legal or beneficial ownership of exclusive rights. If standing is absent, Rule 12(h)(3) requires dismissal. Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992).

## ARGUMENT

I. Plaintiff Lacks Standing Under 17 U.S.C. § 501(b).

II. No Evidence of Valid Termination or Reassignment Exists. Public Records V1669P081, V1972P205, V1901P275, V1876P274, and V1669P070 confirm an uninterrupted chain of title to corporate publishers and BMI.

III. Plaintiff Fails to Identify Any Protectable Material.

## CONCLUSION

For these reasons, Defendant respectfully requests that this Court:

1. Dismiss the Complaint for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3);

2. Enter partial final judgment under Fed. R. Civ. P. 54(b);

3. Grant such other and further relief as the Court deems just and proper.


Respectfully submitted,


/s/ Rodney David Oliver

Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com

Dated: July 10, 2025

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Barry White Family Trust U/A/D December 19, 1980,
Plaintiff,

v.

Rodney David Oliver,
Defendant.

Case No. 1:24-cv-07509 (DLC)

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

### PRELIMINARY STATEMENT

Defendant Rodney David Oliver respectfully submits this Memorandum of Law in support of his Motion to Dismiss under Fed. R. Civ. P. 12(h)(3). Plaintiff Barry White Family Trust U/A/D December 19, 1980 ("Plaintiff" or "Trust") lacks standing to assert the claims alleged because it has failed to establish a valid, continuous chain of title for any exclusive rights in the works at issue. The public records and agreements conclusively demonstrate that Barry White assigned all rights in his musical works decades ago under exclusive songwriter agreements that rendered them "works made for hire" not subject to statutory termination. Plaintiff has failed to produce any valid termination notices or reassignments under 17 U.S.C. §§ 203 or 304(c). Without standing to sue under 17 U.S.C. § 501(b), this Court lacks subject matter jurisdiction and dismissal is mandatory.

### STATEMENT OF FACTS

1. Original Assignments: In 1968 and 1974, Barry White executed exclusive songwriter agreements assigning all rights to Sa-Vette Music and January Music Corporation. (See Exhibits A–B, BWT-001318 to BWT-001323.)

2. Registrations: Certificates of Registration confirm the works were properly registered under these corporate entities. (See Exhibit C, BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL.)

3. Subsequent Assignments: Public record documents demonstrate a continuous chain of title:
- 1978 Assignment: Interworld Music Group to Six Continents Music Publishing, Inc. (Exhibit

D, PR-0053–PR-0054, Public Record V1669P081).
- 1983 Assignment: Six Continents to Unichappell Music, Inc. (Exhibit E, PR-0054, Public Record V1972P205).
- Security Agreements: Warner and Wells Fargo security agreements pledge copyrights as collateral, with no evidence of reassignment to the Trust. (Exhibits I, J, K.)
- Barry White Assignments: Multiple recordations show Barry White's direct assignment to BMI and Broadcast Music, Inc., with no termination filed. (Exhibits F, G, PR-0056, PR-0058.)

4. Public Registrations Confirmed: The original registration numbers, including EU387551, EP311362, EP319808, remain recorded to corporate entities. (Exhibit H, PR-0060.)

5. No Termination or Withdrawal: Plaintiff presents no valid statutory termination or chain of reassignment to the Trust. The Barry White Family Trust instrument explicitly shows copyrights were removed before renewal vested. (Exhibit L, BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL.)

## LEGAL STANDARD

Standing to sue for copyright infringement is governed by 17 U.S.C. § 501(b), which requires a plaintiff to be the legal or beneficial owner of an exclusive right. Failure to establish standing divests the Court of subject matter jurisdiction and requires dismissal under Fed. R. Civ. P. 12(h)(3). See Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992); ABKCO Music, Inc. v. Harrisongs Music, Ltd., 944 F.2d 971 (2d Cir. 1991).

Works created under exclusive songwriter agreements are "works made for hire" when the contract language so provides, and advance assignments preclude later termination. See Fred Fisher Music Co. v. Witmark & Sons, 318 U.S. 643 (1943); Mills Music, Inc. v. Snyder, 469 U.S. 153 (1985).

## ARGUMENT

I. Plaintiff Lacks Standing Under 17 U.S.C. § 501(b).
The attached agreements and public records show a continuous, unbroken chain of title from Barry White to publishers and performance rights organizations. (Exhibits A–H.) Plaintiff cannot meet its burden to prove a valid chain of title.

II. No Valid Termination or Reassignment Exists.
No statutory termination notice was ever filed under 17 U.S.C. §§ 203 or 304(c). Public record evidence (Exhibits D–K) confirms the works remained pledged or transferred to corporate entities.

III. Plaintiff Cannot Establish Beneficial Ownership.
Plaintiff's trust documents show that any copyrights were withdrawn from the trust before any renewal term vested. (Exhibit L.) Without any legal or beneficial ownership, Plaintiff has no standing.

## CONCLUSION

Because Plaintiff lacks standing under 17 U.S.C. § 501(b), this Court lacks subject matter jurisdiction and must dismiss the Complaint under Fed. R. Civ. P. 12(h)(3).


Respectfully submitted,


/s/ Rodney David Oliver

Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com

Dated: July 10, 2025

## TABLE OF EXHIBITS

Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction
Barry White Family Trust U/A/D December 19, 1980 v. Rodney David Oliver
Case No. 1:24-cv-07509 (DLC)

| Exhibit | Description | Source / Bates Nos. |
|---|---|---|
| Exhibit A | 1968 January Music–Sa-Vette Assignment Agreement | BWT-001318 to BWT-001320 |
| Exhibit B | 1974 Exclusive Songwriter Services Agreement | BWT-001321 to BWT-001323 |
| Exhibit C | EP311362 & N9120 Certificates of Registration | BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL |
| Exhibit D | 1978 Interworld → Six Continents Assignment | Public Records Bates Nos. PR-0053–PR-0054 |
| Exhibit E | 1983 Six Continents → Unichappell Assignment | Public Records Bates Nos. PR-0054 |
| Exhibit F | Barry White → BMI (Sa-Vette) | Public Records Bates Nos. PR-0056 |
| Exhibit G | Barry White → Broadcast Music, Inc. | Public Records Bates Nos. PR-0058 |
| Exhibit H | Title Registrations for "I'm Gonna Love You Just a Little More, Babe" | Public Records Bates Nos. PR-0060 |
| Exhibit I | Warner Copyright Security Agreement | Public Records Bates Nos. PR-0055 |
| Exhibit J | Wells Fargo Copyright Security Agreement | Public Records Bates Nos. PR-0057 |
| Exhibit K | Notice of Relinquishment by Bank of America | Public Records Bates Nos. PR-0059 |

| Exhibit L | Barry White Family Trust & Will | BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL |

Respectfully submitted,

/s/ Rodney David Oliver

Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com

Dated: July 10, 2025

# EXHIBIT A

1968 January Music-Sa-Vette Assignment Agreement

BWT-001318 to BWT-001320

# EXHIBIT B

1974 Exclusive Songwriter Services Agreement

BWT-001321 to BWT-001323

# EXHIBIT C

EP311362 & N9120 Certificates of Registration

BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL

# EXHIBIT D

1978 Interworld -> Six Continents Assignment

Public Record V1669P081

# Copyright

---

**Document Number:**
V1669P081

**Entire Copyright Document:**
V1669 P39-90

**Type of Document:**
Recorded Document

**Date of Recordation:**
1978-07-17

**Date of Execution:**
12Jul78

**Party 1:**
Interworld Music Group, Inc.

**Party 2:**
Six Continents Music Publishing, Inc.

**Notes:**
Assignment of copyrights.

**List of Works:**
00001 M.I.5's alive /EU263531 (1971)
00002 Marie, take a chance /EU137117 (1969)
00003 Mask upon your face /EU246756 (1971)
00004 Memories of Melinda /EU180242 (1970)
00005 Mexico /EU137621 (1969)
00006 Mister D. J., play me a sad song /EU225641 (1971)
00007 Mister Personality Man /EU36918 (1968)
00008 Moody Trudy /EU248559 (1971)
00009 Mountain over the hill /EU253778 (1971)
00010 My baby's coming home /EU76392 (1968)
00011 My life is in your hands /EU229001 (1971)
00012 My little chickadee /EU167889 (1970)
00013 My Marie /EU182784 (1970) & EP274659 (1970)
00014 My strength, heart and soul /EU12545 (1967)
00015 Never be sick on Sunday /EU234229 (1971)
00016 Not a one girl guy /EU957005 (1966)
00017 Once upon a dream /EU246090 (1971)

# EXHIBIT E

1983 Six Continents -> Unichappell Assignment

Public Record V1972P205

# ⊙opyright

**Document Number:**
V1972P205

**Entire Copyright Document:**
V1972 P152-291

**Type of Document:**
Recorded Document

**Date of Recordation:**
1983-04-18

**Date of Execution:**
15Jun82

**Party 1:**
Six Continents Music Publishing, Inc.

**Party 2:**
Unichappell Music, Inc.

**Notes:**
Assignment of copyright.

**List of Works:**

00001 I'd like to be a rose in your garden /By Al Kasha, Hank Hunter & Joel Hirchhorn. EU891730 (1965)

00002 I'd rather cut cane for Castro /By James Avery & Terry Stamp. EU344671 (1972)

00003 I'd rather have two girls 21 (than one girl 42) By Mark Gartman & Stanley Schwartz.

00004 I'd spend my whole life loving you /By Harvey Fuqua & Susaye Green. EU449494 (1973)

00005 I'll always care for you /By Sherry N. Wilson. EU314564 (1972)

00006 I'll always love you /By Al Kasha, Hank Hunter & Joel Hirchhorn. EU891732 (1965)

00007 I'll always love you /By Carl H. Davis & Jesse Bolian. EP228904 (1967)

00008 I'll bake me a man /By Eugene Record & Sandra Drayton.

00009 I'll be home /By Randy Newman. EP324138 (1974) & EU151207 (1969)

00010 I'll be right here /By Jack Daniels & John Moore. EU184767 (1970)

00011 I'll be standing near /By Chistopher M. Jackson. EU273239 (1971)

# EXHIBIT F

Barry White -> BMI (Sa-Vette)

Public Record V1901P275

# Copyright

---

**Document Number:**

V1901P275

**Entire Copyright Document:**

V1901P275-280

**Type of Document:**

Recorded Document

**Date of Recordation:**

1982-04-09

**Date of Execution:**

5Dec72; date of cert.: 31Mar82

**Party 1:**

Barry White doing business under the firm name and style of Sa-Vette Music.

**Party 2:**

Broadcast Music, Inc.

**Title:**

I'm gonna love you just a little more, babe;song /By Barry White.

**Names:**

White, Barry

Sa-Vette Music

Broadcast Music, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_309242

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# EXHIBIT G

Barry White -> Broadcast Music, Inc.

Public Record V1876P274

# ©opyright

---

**Document Number:**

V1876P274

**Entire Copyright Document:**

V1876P274-279

**Type of Document:**

Recorded Document

**Date of Recordation:**

1981-11-16

**Date of Execution:**

5Dec72; date of cert.: 9Nov81

**Party 1:**

Barry White, an individual d.b.a. Sa-Vette Music.

**Party 2:**

Broadcast Music, Inc.

**List of Works:**

00001 What am I gonna do with you?

00002 Love's theme.

00003 Can't get enough of your love, babe.

00004 Never gonna give you up.

00005 I'm gonna love you just a little more, babe.

00006 Rhapsody in white.

00007 Let the music play.

00008 My sweet summer suite.

**Title:**

What am I gonna do with you & 7 other titles;songs /By Barry White.

**Names:**

White, Barry

Sa-Vette Music

Broadcast Music, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_276226

---

# EXHIBIT H

Title Registrations for "I'm Gonna Love You Just a Little More, Babe"

Public Record V1669P070

# ©opyright

**Document Number:**

V1669P070

**Entire Copyright Document:**

V1669 P39-90

**Type of Document:**

Recorded Document

**Registration Number Not Verified:**

EU387551,

EP311362

EP319808 (1973)

**Date of Recordation:**

1978-07-17

**Title:**

I'm gonna love you just a little /EU387551, EP311362 & EP319808 (1973)

**Title Appears in Document:**

value

url

**Names:**

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23397

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# EXHIBIT I

Warner Copyright Security Agreement

Public Record V3510D181

# Copyright

---

**Document Number:**
V3510D181

**Entire Copyright Document:**
V3510 D109-211 P1-419

**Type of Document:**
Recorded Document

**Date of Recordation:**
2004-03-24

**Date of Execution:**
as of 29Feb04; date of cert.: 22Mar04

**Party 1:**
WMG Acquisition Corporation, WMG Holdings Corporation, A. P. Schmidt Company, Atlantic/143, LLC, Atlantic/MR Ventures, Inc., Atlantic/MR II, Inc., Atlantic Recording Corporation, Berna Music, Inc., Big Beat Records, Inc., Big Tree Recording Corporation, Bute Sound, LLC, Cafe Americana, Inc., Chappell & Intersong Music Group (Australia), Ltd., Chappell and Intersong Music Group (Germany), Inc., Chappell Music Company, Inc., Cota Music, Inc., Cotillion Music, Inc., CPP/Belwin, Inc., CRK Music, Inc., E/A Music, Inc., Eleksylum Music, Inc.
Elektra/Chameleon Ventures, Inc., Elektra Entertainment Group, Inc., Elektra Group Ventures, Inc., FHK, Inc., Fiddleback Music Publishing Company, Inc., Foster Frees Music, Inc., Foz Man Music, LLC, Inside Job, Inc., Intersong USA, Inc., Jadar Music Corporation, Lava Trademark Holding Company, LLC, Lem America, Inc., London-Sire Records, Inc., McGuffin Music, Inc., Mixed Bag Music, Inc., NC Hungary Holdings, Inc., New Chappell, Inc., Nonesuch Records, Inc., NVC International, Inc., Octa Music, Inc., Penalty Records, LLC, Pepamar Music Corporation.
Revelation Music Publishing Corporation, Rhino Entertainment Company, Rick's Music, Inc., Rightsong Music, Inc., Rodra Music, Inc., Sea Chime Music, Inc., SR/MDM Venture, Inc., Summy-Birchard, Inc., Super-Hype Publishing, Inc., T-Boy Music, LLC, T-Girl Music, LLC, Rhythm Method, Inc., Tommy Boy Music, Inc., Tommy Valando Publishing Group, Inc., Tri-Chappell Music, Inc., TW Music Holdings, Inc., Unichappell Music, Inc., WBM Music Corporation, Walden Music, Inc., Warner Alliance Music, Inc., Warner Brethren, Inc., Warner Brothers Music International, Inc.

# EXHIBIT J

Wells Fargo Copyright Security Agreement

Public Record V3579D654

# Copyright

---

**Document Number:**
V3579D654

**Entire Copyright Document:**
V3579 D640-676 P1-802

**Type of Document:**
Recorded Document

**Date of Recordation:**
2009-06-04

**Date of Execution:**
as of 28May09

**Party 1:**

WMG Acquisition Corporation, WMG Holdings Corporation, AP Schmidt
Company, Alternative Distribution Alliance, Asylum Records, LLC, Atlantic/
143, LLC, Atlantic Mobile, LLC, Atlantic/MR Ventures, Inc., Atlantic
Productions, LLC, Atlantic Recording Corporation, Atlantic Scream, LLC, BB
Investments, LLC, Berna Music, Inc., Big Beat Records, Inc., BullDog
Entertainment Group, LLC, BullDog Island Events, LLC, Bute Sound, LLC,
Cafe Americana, Inc., Chappell & Intersong Music Group (Australia, Ltd.),
Chappell and Intersong Music Group (Germany), Inc., Chappell Music
Company, Inc., Chorus, LLC, Cordless Recordings, LLC
Cota Music, Inc., Cotillion Music, Inc., CRK Music, Inc., E/A Music, Inc., East
West Records, LLC, Eleksylum Music, Inc., Elektra/Chameleon Ventures, Inc.,
Elektra Entertainment Group, Inc., Elektra Group Ventures, Inc., En
Acquisition Corporation, FBR Investments, LLC, FHK, Inc., Fiddleback Music
Publishing Company, Inc., Foster Frees Music, Inc., Foz Man Music, LLC,
Inside Job, Inc., Insound Acquisition, Inc., Intersong USA, Inc., Jadar Music
Corporation, Lava Records, LLC, Lava Trademark Holding Company, LLC,
Lem America, Inc., London-Sire Records, Inc., Made of Stone, LLC, Maverick
Partner, Inc., McGuffin Music, Inc.
Mixed Bag Music, Inc., MM Investment, Inc., NC Hungary Holdings, Inc., New
Chappell, Inc., Nonesuch Records, Inc., Non-Stop Music Holdings, Inc., NVC
International, Inc., Octa Music, Inc., Penalty Records, LLC, Pepamar Music
Corporation, Perfect Game Recording Company, LLC, Rep Sales, Inc.,
Restless Acquisition Corporation, Revelation Music Publishing Corporation,
Rhino Entertainment Company, Rhino/FSE Holdings, LLC, Rhino Name &

# EXHIBIT K

Notice of Relinquishment by Bank of America

Public Record V3578D654

# Copyright

---

**Document Number:**
V3578D654

**Entire Copyright Document:**
V3578 D654 P1-417

**Type of Document:**
Recorded Document

**Date of Recordation:**
2009-05-29

**Date of Execution:**
as of 27May09; date of cert.: 28May09

**Party 1:**
Bank of America, NA.

**Party 2:**
WMG Acquisition Corporation.

**Notes:**
Notice of relinquishment of security interest in United States copyrights.

**List of Works:**
00001 I could have danced all night.
00002 I could have danced all night.
00003 I could not ask for more.
00004 I could write a book.
00005 I could...if they would.
00006 I count the tears.
00007 I cover the waterfront.
00008 I cried a tear.
00009 I cross my heart.
00010 I cry.
00011 I cry.
00012 I dare you.
00013 I deserve it.
00014 I didn't know what time it was.
00015 I didn't mean a word I said.
00016 I dig rock and roll music.
00017 I do.

# EXHIBIT L

Barry White Family Trust & Will

BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Barry White Family Trust U/A/D December 19, 1980,
Plaintiff,

v.

Rodney David Oliver,
Defendant.

Case No. 1:24-cv-07509 (DLC)

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

### PRELIMINARY STATEMENT

Defendant Rodney David Oliver respectfully submits this Memorandum of Law in support of his Motion to Dismiss under Fed. R. Civ. P. 12(h)(3). Plaintiff Barry White Family Trust U/A/D December 19, 1980 ("Plaintiff" or "Trust") lacks standing to assert the claims alleged because it has failed to establish a valid, continuous chain of title for any exclusive rights in the works at issue. The public records and agreements conclusively demonstrate that Barry White assigned all rights in his musical works decades ago under exclusive songwriter agreements that rendered them "works made for hire" not subject to statutory termination. Plaintiff has failed to produce any valid termination notices or reassignments under 17 U.S.C. §§ 203 or 304(c). Without standing to sue under 17 U.S.C. § 501(b), this Court lacks subject matter jurisdiction and dismissal is mandatory.

### STATEMENT OF FACTS

1. Original Assignments: In 1968 and 1974, Barry White executed exclusive songwriter agreements assigning all rights to Sa-Vette Music and January Music Corporation. (See Exhibits A–B, BWT-001318 to BWT-001323.)

2. Registrations: Certificates of Registration confirm the works were properly registered under these corporate entities. (See Exhibit C, BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL.)

3. Subsequent Assignments: Public record documents demonstrate a continuous chain of title:
- 1978 Assignment: Interworld Music Group to Six Continents Music Publishing, Inc. (Exhibit

D, PR-0053–PR-0054, Public Record V1669P081).

- 1983 Assignment: Six Continents to Unichappell Music, Inc. (Exhibit E, PR-0054, Public Record V1972P205).

- Security Agreements: Warner and Wells Fargo security agreements pledge copyrights as collateral, with no evidence of reassignment to the Trust. (Exhibits I, J, K.)

- Barry White Assignments: Multiple recordations show Barry White's direct assignment to BMI and Broadcast Music, Inc., with no termination filed. (Exhibits F, G, PR-0056, PR-0058.)

4. Public Registrations Confirmed: The original registration numbers, including EU387551, EP311362, EP319808, remain recorded to corporate entities. (Exhibit H, PR-0060.)

5. No Termination or Withdrawal: Plaintiff presents no valid statutory termination or chain of reassignment to the Trust. The Barry White Family Trust instrument explicitly shows copyrights were removed before renewal vested. (Exhibit L, BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL.)

## LEGAL STANDARD

Standing to sue for copyright infringement is governed by 17 U.S.C. § 501(b), which requires a plaintiff to be the legal or beneficial owner of an exclusive right. Failure to establish standing divests the Court of subject matter jurisdiction and requires dismissal under Fed. R. Civ. P. 12(h)(3). See Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992); ABKCO Music, Inc. v. Harrisongs Music, Ltd., 944 F.2d 971 (2d Cir. 1991).

Works created under exclusive songwriter agreements are "works made for hire" when the contract language so provides, and advance assignments preclude later termination. See Fred Fisher Music Co. v. Witmark & Sons, 318 U.S. 643 (1943); Mills Music, Inc. v. Snyder, 469 U.S. 153 (1985).

## ARGUMENT

I. Plaintiff Lacks Standing Under 17 U.S.C. § 501(b).

The attached agreements and public records show a continuous, unbroken chain of title from Barry White to publishers and performance rights organizations. (Exhibits A–H.) Plaintiff cannot meet its burden to prove a valid chain of title.

II. No Valid Termination or Reassignment Exists.

No statutory termination notice was ever filed under 17 U.S.C. §§ 203 or 304(c). Public record evidence (Exhibits D–K) confirms the works remained pledged or transferred to corporate entities.

III. Plaintiff Cannot Establish Beneficial Ownership.

Plaintiff's trust documents show that any copyrights were withdrawn from the trust before any renewal term vested. (Exhibit L.) Without any legal or beneficial ownership, Plaintiff has no standing.

## CONCLUSION

Because Plaintiff lacks standing under 17 U.S.C. § 501(b), this Court lacks subject matter jurisdiction and must dismiss the Complaint under Fed. R. Civ. P. 12(h)(3).


Respectfully submitted,


/s/ Rodney David Oliver

Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com

Dated: July 10, 2025

# EXHIBIT A

1968 January Music-Sa-Vette Assignment Agreement

BWT-001318 to BWT-001320

# EXHIBIT B

1974 Exclusive Songwriter Services Agreement

BWT-001321 to BWT-001323

# EXHIBIT C

EP311362 & N9120 Certificates of Registration

BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL

# EXHIBIT D

1978 Interworld -> Six Continents Assignment

Public Record V1669P081

# Copyright

---

**Document Number:**

V1669P081

**Entire Copyright Document:**

V1669 P39-90

**Type of Document:**

Recorded Document

**Date of Recordation:**

1978-07-17

**Date of Execution:**

12Jul78

**Party 1:**

Interworld Music Group, Inc.

**Party 2:**

Six Continents Music Publishing, Inc.

**Notes:**

Assignment of copyrights.

**List of Works:**

00001 M.I.5's alive /EU263531 (1971)

00002 Marie, take a chance /EU137117 (1969)

00003 Mask upon your face /EU246756 (1971)

00004 Memories of Melinda /EU180242 (1970)

00005 Mexico /EU137621 (1969)

00006 Mister D. J., play me a sad song /EU225641 (1971)

00007 Mister Personality Man /EU36918 (1968)

00008 Moody Trudy /EU248559 (1971)

00009 Mountain over the hill /EU253778 (1971)

00010 My baby's coming home /EU76392 (1968)

00011 My life is in your hands /EU229001 (1971)

00012 My little chickadee /EU167889 (1970)

00013 My Marie /EU182784 (1970) & EP274659 (1970)

00014 My strength, heart and soul /EU12545 (1967)

00015 Never be sick on Sunday /EU234229 (1971)

00016 Not a one girl guy /EU957005 (1966)

00017 Once upon a dream /EU246090 (1971)

# EXHIBIT E

1983 Six Continents -> Unichappell Assignment

Public Record V1972P205

# ©opyright

---

**Document Number:**
V1972P205

**Entire Copyright Document:**
V1972 P152-291

**Type of Document:**
Recorded Document

**Date of Recordation:**
1983-04-18

**Date of Execution:**
15Jun82

**Party 1:**
Six Continents Music Publishing, Inc.

**Party 2:**
Unichappell Music, Inc.

**Notes:**
Assignment of copyright.

**List of Works:**
00001 I'd like to be a rose in your garden /By Al Kasha, Hank Hunter & Joel Hirchhorn. EU891730 (1965)

00002 I'd rather cut cane for Castro /By James Avery & Terry Stamp. EU344671 (1972)

00003 I'd rather have two girls 21 (than one girl 42) By Mark Gartman & Stanley Schwartz.

00004 I'd spend my whole life loving you /By Harvey Fuqua & Susaye Green. EU449494 (1973)

00005 I'll always care for you /By Sherry N. Wilson. EU314564 (1972)

00006 I'll always love you /By Al Kasha, Hank Hunter & Joel Hirchhorn. EU891732 (1965)

00007 I'll always love you /By Carl H. Davis & Jesse Bolian. EP228904 (1967)

00008 I'll bake me a man /By Eugene Record & Sandra Drayton.

00009 I'll be home /By Randy Newman. EP324138 (1974) & EU151207 (1969)

00010 I'll be right here /By Jack Daniels & John Moore. EU184767 (1970)

00011 I'll be standing near /By Chistopher M. Jackson. EU273239 (1971)

# EXHIBIT F

Barry White -> BMI (Sa-Vette)

Public Record V1901P275

# Copyright

**Document Number:**
V1901P275

**Entire Copyright Document:**
V1901P275-280

**Type of Document:**
Recorded Document

**Date of Recordation:**
1982-04-09

**Date of Execution:**
5Dec72; date of cert.: 31Mar82

**Party 1:**
Barry White doing business under the firm name and style of Sa-Vette Music.

**Party 2:**
Broadcast Music, Inc.

**Title:**
I'm gonna love you just a little more, babe;song /By Barry White.

**Names:**
White, Barry
Sa-Vette Music
Broadcast Music, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_309242

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# EXHIBIT G

Barry White -> Broadcast Music, Inc.

Public Record V1876P274

# Copyright

---

**Document Number:**
V1876P274

**Entire Copyright Document:**
V1876P274-279

**Type of Document:**
Recorded Document

**Date of Recordation:**
1981-11-16

**Date of Execution:**
5Dec72; date of cert.: 9Nov81

**Party 1:**
Barry White, an individual d.b.a. Sa-Vette Music.

**Party 2:**
Broadcast Music, Inc.

**List of Works:**
00001 What am I gonna do with you?
00002 Love's theme.
00003 Can't get enough of your love, babe.
00004 Never gonna give you up.
00005 I'm gonna love you just a little more, babe.
00006 Rhapsody in white.
00007 Let the music play.
00008 My sweet summer suite.

**Title:**
What am I gonna do with you & 7 other titles;songs /By Barry White.

**Names:**
White, Barry
Sa-Vette Music
Broadcast Music, Inc.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_276226

---

# EXHIBIT H

Title Registrations for "I'm Gonna Love You Just a Little More, Babe"

Public Record V1669P070

# Copyright

---

**Document Number:**

V1669P070

**Entire Copyright Document:**

V1669 P39-90

**Type of Document:**

Recorded Document

**Registration Number Not Verified:**

EU387551,

EP311362

EP319808 (1973)

**Date of Recordation:**

1978-07-17

**Title:**

I'm gonna love you just a little /EU387551, EP311362 & EP319808 (1973)

**Title Appears in Document:**

value

url

**Names:**

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_23397

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# EXHIBIT I

Warner Copyright Security Agreement

Public Record V3510D181

# ©Copyright

---

**Document Number:**
V3510D181

**Entire Copyright Document:**
V3510 D109-211 P1-419

**Type of Document:**
Recorded Document

**Date of Recordation:**
2004-03-24

**Date of Execution:**
as of 29Feb04; date of cert.: 22Mar04

**Party 1:**
WMG Acquisition Corporation, WMG Holdings Corporation, A. P. Schmidt
Company, Atlantic/143, LLC, Atlantic/MR Ventures, Inc., Atlantic/MR II, Inc.,
Atlantic Recording Corporation, Berna Music, Inc., Big Beat Records, Inc.,
Big Tree Recording Corporation, Bute Sound, LLC, Cafe Americana, Inc.,
Chappell & Intersong Music Group (Australia), Ltd., Chappell and Intersong
Music Group (Germany), Inc., Chappell Music Company, Inc., Cota Music,
Inc., Cotillion Music, Inc., CPP/Belwin, Inc., CRK Music, Inc., E/A Music, Inc.,
Eleksylum Music, Inc.
Elektra/Chameleon Ventures, Inc., Elektra Entertainment Group, Inc., Elektra
Group Ventures, Inc., FHK, Inc., Fiddleback Music Publishing Company, Inc.,
Foster Frees Music, Inc., Foz Man Music, LLC, Inside Job, Inc., Intersong
USA, Inc., Jadar Music Corporation, Lava Trademark Holding Company, LLC,
Lem America, Inc., London-Sire Records, Inc., McGuffin Music, Inc., Mixed
Bag Music, Inc., NC Hungary Holdings, Inc., New Chappell, Inc., Nonesuch
Records, Inc., NVC International, Inc., Octa Music, Inc., Penalty Records,
LLC, Pepamar Music Corporation.
Revelation Music Publishing Corporation, Rhino Entertainment Company,
Rick's Music, Inc., Rightsong Music, Inc., Rodra Music, Inc., Sea Chime
Music, Inc., SR/MDM Venture, Inc., Summy-Birchard, Inc., Super-Hype
Publishing, Inc., T-Boy Music, LLC, T-Girl Music, LLC, Rhythm Method, Inc.,
Tommy Boy Music, Inc., Tommy Valando Publishing Group, Inc., Tri-Chappell
Music, Inc., TW Music Holdings, Inc., Unichappell Music, Inc., WBM Music
Corporation, Walden Music, Inc., Warner Alliance Music, Inc., Warner
Brethren, Inc., Warner Brothers Music International, Inc.

# EXHIBIT J

Wells Fargo Copyright Security Agreement

Public Record V3579D654

# **C**opyright

---

**Document Number:**

V3579D654

**Entire Copyright Document:**

V3579 D640-676 P1-802

**Type of Document:**

Recorded Document

**Date of Recordation:**

2009-06-04

**Date of Execution:**

as of 28May09

**Party 1:**

WMG Acquisition Corporation, WMG Holdings Corporation, AP Schmidt Company, Alternative Distribution Alliance, Asylum Records, LLC, Atlantic/ 143, LLC, Atlantic Mobile, LLC, Atlantic/MR Ventures, Inc., Atlantic Productions, LLC, Atlantic Recording Corporation, Atlantic Scream, LLC, BB Investments, LLC, Berna Music, Inc., Big Beat Records, Inc., BullDog Entertainment Group, LLC, BullDog Island Events, LLC, Bute Sound, LLC, Cafe Americana, Inc., Chappell & Intersong Music Group (Australia, Ltd.), Chappell and Intersong Music Group (Germany), Inc., Chappell Music Company, Inc., Chorus, LLC, Cordless Recordings, LLC

Cota Music, Inc., Cotillion Music, Inc., CRK Music, Inc., E/A Music, Inc., East West Records, LLC, Eleksylum Music, Inc., Elektra/Chameleon Ventures, Inc., Elektra Entertainment Group, Inc., Elektra Group Ventures, Inc., En Acquisition Corporation, FBR Investments, LLC, FHK, Inc., Fiddleback Music Publishing Company, Inc., Foster Frees Music, Inc., Foz Man Music, LLC, Inside Job, Inc., Insound Acquisition, Inc., Intersong USA, Inc., Jadar Music Corporation, Lava Records, LLC, Lava Trademark Holding Company, LLC, Lem America, Inc., London-Sire Records, Inc., Made of Stone, LLC, Maverick Partner, Inc., McGuffin Music, Inc.

Mixed Bag Music, Inc., MM Investment, Inc., NC Hungary Holdings, Inc., New Chappell, Inc., Nonesuch Records, Inc., Non-Stop Music Holdings, Inc., NVC International, Inc., Octa Music, Inc., Penalty Records, LLC, Pepamar Music Corporation, Perfect Game Recording Company, LLC, Rep Sales, Inc., Restless Acquisition Corporation, Revelation Music Publishing Corporation, Rhino Entertainment Company, Rhino/FSE Holdings, LLC, Rhino Name &

# EXHIBIT K

Notice of Relinquishment by Bank of America

Public Record V3578D654

# Copyright

---

**Document Number:**

V3578D654

**Entire Copyright Document:**

V3578 D654 P1-417

**Type of Document:**

Recorded Document

**Date of Recordation:**

2009-05-29

**Date of Execution:**

as of 27May09; date of cert.: 28May09

**Party 1:**

Bank of America, NA.

**Party 2:**

WMG Acquisition Corporation.

**Notes:**

Notice of relinquishment of security interest in United States copyrights.

**List of Works:**

00001 I could have danced all night.

00002 I could have danced all night.

00003 I could not ask for more.

00004 I could write a book.

00005 I could...if they would.

00006 I count the tears.

00007 I cover the waterfront.

00008 I cried a tear.

00009 I cross my heart.

00010 I cry.

00011 I cry.

00012 I dare you.

00013 I deserve it.

00014 I didn't know what time it was.

00015 I didn't mean a word I said.

00016 I dig rock and roll music.

00017 I do.

# EXHIBIT L

Barry White Family Trust & Will

BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL

CERTIFICATE OF SERVICE

I hereby certify that on on July 10, 2025, I caused a true and correct copy of the attached

**Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction**, together with the

Memorandum of Law, Table of Exhibits, and Exhibit Volume, to be served via **email** upon the

following:

Dorothy M. Weber, Esq.

Shukat Arrow Hafer Weber & Herbsman, LLP

494 8th Avenue, Suite 600

New York, NY 10001

Email: dorothy@musiclaw.com

Joe Cooley, Pro Se

248 E 157th Street

Gardena, CA 90248

Email: cooleyjoe011@gmail.com

Respectfully submitted,

/s/ Rodney David Oliver

Rodney David Oliver

Pro Se Defendant

11074 Oso Ave

Chatsworth ca 91311

rodneyolivermusic@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on on July 10, 2025, I caused a true and correct copy of the attached

**Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction**, together with the

Memorandum of Law, Table of Exhibits, and Exhibit Volume, to be served via **email** upon the

following:

Dorothy M. Weber, Esq.

Shukat Arrow Hafer Weber & Herbsman, LLP

494 8th Avenue, Suite 600

New York, NY 10001

Email: dorothy@musiclaw.com

Joe Cooley, Pro Se

248 E 157th Street

Gardena, CA 90248

Email: cooleyjoe011@gmail.com

Respectfully submitted,

/s/ Rodney David Oliver

Rodney David Oliver

Pro Se Defendant

11074 Oso Ave

Chatsworth ca 91311

rodneyolivermusic@gmail.com

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Barry White Family Trust U/A/D December 19, 1980,
Plaintiff,
v.
Rodney David Oliver,
Defendant.

Case No. 1:24-cv-07509 (DLC)

## EXHIBIT M

Declaration of Necole Key
in Support of Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction

Bates Nos.: Not Applicable (Filed by Defendant)

Respectfully submitted,

/s/ Rodney David Oliver
Rodney David Oliver (Pro Se Defendant)
11074 Oso Avenue
Chatsworth, CA 91311
rodneyolivermusic@gmail.com
Dated: July 10, 2025

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Barry White Family Trust U/A/D December 19, 1980,
Plaintiff,
v.
Rodney David Oliver,
Defendant.

Case No. 1:24-cv-07509 (DLC)

## DECLARATION OF NECOLE KEY

I, Necole Key, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an individual with personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. I have reviewed the documents and agreements produced by Plaintiff Barry White Family Trust ("Plaintiff") in this action, including those Bates-stamped BWT-001318 through BWT-001585CONFIDENTIAL.

Sound Recordings vs. Sheet Music

3. I understand that Plaintiff is attempting to rely on sound recordings (see e.g., Barry White_I'm Gonna Love You - original session tape box_UMG_01-067159_IMG copy) to support its copyright infringement claim.

4. However, the Certificates of Registration for "I'm Gonna Love You Just a Little More, Babe" and "I've Got So Much To Give" (BWT-001546CONFIDENTIAL, BWT-001547CONFIDENTIAL) show these works were published prior to 1978. Under the 1909 Copyright Act, only the underlying musical composition (as deposited in the sheet music) is relevant for comparing infringement — not later sound recordings.

5. Plaintiff's reliance on sound recordings improperly seeks to add protectable elements that are not in the original published sheet music filed with the Copyright Office.

Use of Published Derivative Works

6. The documents indicate Plaintiff is also referencing published derivative works and new arrangements. Any new elements in a derivative sound recording not present in the original sheet music are not protectable under the original registration.

7. The agreements (BWT-001318 to BWT-001323) confirm that the works were created under exclusive songwriter agreements and "work made for hire" terms, further limiting any claim to derivative elements.

2005 Settlement Without Reacquisition

8. Plaintiff has cited a 2005 settlement agreement (see Schroeder Settlement, BWT-001551CONFIDENTIAL) but has produced no valid statutory termination notice or recorded reassignment with the U.S. Copyright Office to show the Trust ever regained exclusive rights.

9. The Trust's own Will and Trust instrument (BWT-001549CONFIDENTIAL, BWT-001550CONFIDENTIAL) further confirm that any copyrights were withdrawn prior to the renewal term vesting, as reflected by the language in these documents.

Chain-of-Title & Loss of Termination Rights

10. The January Music–Savette Agreement dated August 3, 1968 (BWT-001318 – BWT-001320) and the Warner/Sa-Vette Agreement dated January 29, 1974 (BWT-001321 – BWT-001323) show that Barry White assigned all rights to corporate publishers with "work made for hire" status.

11. There is no valid statutory termination notice under 17 U.S.C. § 203 or § 304(c) in the record (BWT-001318 to BWT-001585CONFIDENTIAL). The unbroken chain of title remains with the corporate publishers and BMI, not the Trust.

12. Even if Barry White could have reacquired the rights, the Trust instrument and Will demonstrate that the copyrights were withdrawn from the Trust in 1999, eliminating any standing to assert ownership under 17 U.S.C. § 501(b).

Improper Use of Invalid License

13. I am also aware that Plaintiff has attempted to rely on an alleged license or agreement between the Defendant and Epic Records in an effort to establish or "cure" its standing under 17 U.S.C. § 501(b).

14. Based on my review, Plaintiff has not authenticated any such license with a valid executed document, chain of title, or sworn testimony from any Epic Records representative. There is no valid evidence in the record showing that Epic ever reacquired or reassigned any exclusive rights to the Trust.

15. It is my understanding that under federal copyright law, standing cannot be retroactively "cured" through an alleged third-party license that is not authenticated or supported by valid chain-of-title evidence. Any attempt to do so violates the requirements of the Copyright Act and the Federal Rules of Evidence.

Conclusion

16. For these reasons, and based on the documents cited above, it is my understanding that:
- The Plaintiff cannot rely on post-1978 sound recordings for pre-1978 infringement claims.
- Plaintiff may not use derivative works to expand the scope of copyright protection.
- No valid statutory termination or reassignment appears in the Trust's own record to restore rights.
- Plaintiff's attempt to rely on an unauthenticated license fails to cure standing.
- Plaintiff lacks standing under the Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on [Date] at [City, State].

Respectfully submitted,

/s/ Necole Key
Necole Key