```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :        ORDER
                                         :
                     Plaintiffs,         :
                                         :
               -v-                       :
                                         :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a    :
RODNEY-O, d/b/a NOT INTRESTED            :
PUBLISHING,                              :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth on the record at the July 11, 2025 conference, it is hereby

ORDERED that defendant Rodney Oliver's July 10, 2025 motion to dismiss this action (ECF Nos. 124, 125) is denied without prejudice to renewal of arguments regarding the plaintiffs' ownership and standing in connection with summary judgment motion practice due on November 21, 2025.

IT IS FURTHER ORDERED that the issues in the plaintiffs' July 9, 2025 letter (ECF No. 119) were addressed on the record.

Dated:   New York, New York
         July 11, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge