Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com

July 15,2025

VIA EMAIL

Honorable Denise L. Cote

United States District Judge

Southern District of New York

500 Pearl Street

New York, NY 10007

Barry White Family Trust U/A/D December 19, 1980 v. Rodney David Oliver

Case No. 1:24-cv-07509 (DLC)

Dear Judge Cote

I want the Court to know I had to stop preparing documents that are due tonight just to respond to this. I trust the Court sees what Ms. Weber is trying to do and will not let these distractions hide the truth. I'm going back to finishing my responses by midnight like I was told to do.

I respectfully ask the Court to rule the same way it did in *Jonathan Adler*. If a plaintiff can't show they own the rights when they file the Complaint, then the case should be dismissed.

Thank you for your time and understanding.

Respectfully submitted,

/s/ Rodney David Oliver
Rodney David Oliver (Pro Se Defendant)

11074 Oso Avenue

Chatsworth, CA 91311

rodneyolivermusic@gmail.com