**HERBSMAN HAFER WEBER & FRISCH, LLP**
Attorneys At Law
494 Eighth Avenue, Sixth Floor
New York, New York 10001

Jonas E. Herbsman
J. Jeffrey Hafer
Dorothy M. Weber
Michael B. Frisch
───────────
Rakhil Kalantarova
───────────
James E. Doherty
Of Counsel

Telephone (212) 245-4580
Telecopier (212) 956-6471
───────────

**WRITER'S E-MAIL:**
dorothy@musiclaw.com

July 17, 2025

**Via ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

  Re: *The Barry White Family Trust U/A/D: December 19, 1980, By its Duly Empowered Trustees v. Cooley et al*; Case No. 24-cv-07509 (DLC)

Dear Judge Cote:

  Pursuant to Section 1D of your Honor's Individual Rules & Practices in Civil Cases, the Parties respectfully submit this letter-motion to request an extension of time for all fact discovery and depositions to be extended in this action, which is now due on August 1, 2025, to and including September 2, 2025.

  The requested extension is made in good faith by the Parties, not interposed for any undue delay, and will not affect the other dates set forth in the Court's Order dated April 25, 2025 (Dkt. 80). There has been no previous request for an extension of time in connection with this matter.

Respectfully submitted,

                       */s/Rodney David Oliver*
HERBSMAN HAFER WEBER        Rodney David Oliver, *Pro Se*
& FRISCH, LLP

*/s/Dorothy Weber*_____
Dorothy M. Weber, Esq.         */s/Joe Cooley*_____
                       Joe Cooley, *Pro Se*