```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
THE BARRY WHITE FAMILY TRUST U/A/D:   :   24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY        :
EMPOWERED TRUSTEES,                   :   ORDER
                                      :
                     Plaintiffs,      :
                                      :
           -v-                        :
                                      :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a :
RODNEY-O, d/b/a NOT INTRESTED         :
PUBLISHING,                           :
                                      :
                     Defendants.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Rodney Oliver filed a letter motion to compel discovery on July 21, 2025 (ECF No. 136). Oliver requests two categories of discovery: (1) "a full, itemized chain of title from Barry White to the Barry White Family Trust" for the Barry White composition and (2) all documents related to the Barry White Family Trust's authorization to begin this lawsuit.

The plaintiffs represented at the July 11 conference that they have produced documents relevant to the first request. Their letter of July 15 also stated that they "have provided exhaustive chain-of-title documents to the Defendants." Oliver does not provide any basis to find that documents were missing from those productions. Instead, he appears to argue that the produced documents are insufficient to demonstrate that the

plaintiffs have "an unbroken and verified chain of title." This argument is appropriately raised on summary judgment.

The second request is premature. The plaintiffs have invoked the attorney-client privilege and represented that they will provide a privilege log upon completion of document production. Accordingly, it is hereby

ORDERED that Oliver's July 21 letter motion (ECF No. 136) is denied.

Dated:   New York, New York
         July 24, 2025

                                              DENISE COTE
                                United States District Judge