```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :         ORDER
                                         :
                    Plaintiffs,          :
                                         :
          -v-                            :
                                         :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a    :
RODNEY-O, d/b/a NOT INTRESTED            :
PUBLISHING,                              :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 25, 2025, defendant Rodney Oliver filed a request for declaratory relief, a protective order, and sanctions (ECF Nos. 144, 145).  In a letter of July 30, the plaintiffs ask for an extension of time to respond to these requests should they be construed as motions.  Meanwhile, Oliver has filed two letters (ECF Nos. 143, 146) in response to the plaintiffs' July 24 motion for sanctions.  It is hereby

ORDERED that the plaintiffs need not respond to any submission by the defendants unless ordered to do so.

IT IS FURTHER ORDERED that any further response by the defendants to the plaintiffs' July 24 motion for sanctions remains due on August 8.  The plaintiffs' reply remains due on

August 15.

Dated:    New York, New York
          July 31, 2025

                              _____
                                    DENISE COTE
                              United States District Judge