# Exhibit E

| | |
|---|---|
| From: | Rodney |
| To: | Dorothy Weber |
| Subject: | RODNEY OLIVER |
| Date: | Tuesday, July 29, 2025 3:30:58 PM |
| Attachments: | Exhibit H 2.2 MILLION.pdf |

Ms. Weber both Necole and I thought we didn't have this agreement. We were so disppointed we lost it because of this claim we both deleted it from our email. Necole did a name search 2.2 million and it came up.. its attach. She also stated it's on the docket already from her filings.

Making us do double work really isn't cool.

The judge didn't say you have standing. She said we can test it at summary judgment.

See thats why I can't trust you.

Rodney