**Exhibit G**

**K**

April 10, 2024

**Subject to Signed Contract**

**Administration Deal Proposal**

1      **Parties**:-    (a)    Kobalt Music Services America, Inc. ("**Administrator**")

         (b)    Rodney Oliver, p/k/a "Rodney O", individually and on behalf of his publishing designee(s), currently [TBC] (TBC), having an address at _____("**Owner**")

2      **Territory:-**    The universe.

3      **Term:-** Three (3) years (the "**Initial Period**") save that if the Advance remains unrecouped at the end of the Initial Period then the Term shall automatically extend to the end of the accounting period during which the statement provided to Owner in respect of the previous accounting period shows the Advance as being recouped.

4      **Retention Period:-**    Six (6) years following the Term.

5      **Collection Period:-**    Two (2) years following the Retention Period.

6      **Rights Granted:-**    Exclusive licence of copyright in all compositions owned and/or controlled by Owner at the commencement of the Term (including, without limitation, those compositions listed in the schedule that will be attached to the administration agreement between the parties (the "**Agreement**")) together with those compositions which the Owner owns and/or controls from time to time during the Term which shall be notified immediately by Owner to Administrator at such times (collectively, the "**Compositions**").

7      **Advance:-**    One Million Five Hundred Thousand U.S. Dollars ($1,500,000) (the "**Advance**"). The Advance shall be recoupable against any and all monies accruing to the Owner's royalty account pursuant to the Agreement.

The Owner makes the following warranties in respect of the Advance:

(i)    Owner shall control and deliver to Administrator, for administration under the Agreement, no less than the percentages of the compositions as set out on Schedule A attached hereto and specifically including Owner's fifty percent (50%) authorship interest in and to the Composition titled "Like That" featuring Metro Boomin, Future & Kendrick Lamar (hereinafter collectively referred to as the "**Subject Compositions**");

(ii)    Administrator shall be able to collect, from inception, all royalties, fees and other monies (excluding only the so-called

"writer's share" of public performance income) arising in the Territory in connection with Owner's share of the Compositions; and

(iii) the gross mechanical royalty rate per unit in respect of the exploitation of the Owner's share of the Compositions in the United States of America and/or Canada shall be paid at not less than full statutory rate in each case.

The Advance shall be reduced on a pro-rata basis and/or by the amount that the Administrator does not receive to the extent that any of the warranties set out at paragraphs 7(i) – 7(iii) above are not accurate, as applicable. Owner shall indemnify Administrator against any resulting loss and Administrator shall have the right to require repayment of (and/or offset from monies otherwise payable or creditable to Owner) such amounts as may be necessary in the circumstances (and upon such demand Owner shall make such payment to Administrator within ten (10) business days).

(a) The Advance shall be payable during the Term and within fourteen (14) days of the latest of:

(I) full execution of the Agreement;

(II) Administrator's receipt of written confirmation (to Administrator's reasonable satisfaction) confirming that the warranties made in paragraphs 7(i)-7(iii) above are accurate; and

(III) Administrator's receipt of Owner's W9 form.

8 **Royalties:-** (i) **Pre-Recoupment of the Advance**:
("at source" basis)

**Entire Territory:-**

Mechanical & Print: 80/20+

+where Administrator carries out direct licensing of record companies and digital service providers ("**DSPs**") in the USA and provides additional royalty tracking services in connection therewith, Administrator shall be permitted to deduct an additional five percent (5%) "off-the-top" of income received from such record companies and DSPs in consideration of Administrator carrying out such services.

Performance: 60/40 (on publisher's share)

Synchronization: 80/20

Covers/Co-Writes: (defined herein as those covers and co-writes procured by the direct efforts of Administrator): 75/25 (save that the rate in respect of performance income shall be 50/50)

(ii) **Post-recoupment of Advance:-**

**Entire Territory:-**

Mechanical & Print: 85/15+

Performance: 70/30 (on publisher's share)

Synchronization: 80/20

Covers/Co-Writes: 75/25 (save that the rate in respect of performance income shall be 50/50)

| | | |
|---|---|---|
| 9 | **Accounting:-** | On a quarterly basis – within sixty five (65) days making available the Administrator's unique online secure system subject to standard online terms. |
| 10 | **Prior Agreement:-** | Owner has informed Administrator that none of the Compositions are or have been the subject of a prior publishing agreement. |
| 11 | **Online Pipeline Advances:-** | Subject to recoupment of the Advance and Administrator's satisfactory verification of the existence of sufficient sales/public performance of the Compositions, Administrator shall make pipeline advances available to the Owner via its secure online portal. |
| 12 | **Society Membership:-** | Owner confirms that Owner is and will remain a member of [TBC], subject to the terms and conditions of the Agreement. Owner confirms that Owner has not taken any advances against Owner's performance income from [TBC]. |
| 13 | **Due Diligence Approvals:-** | The transaction outlined above is contingent upon (i) the satisfactory completion by Administrator of due diligence, and (ii) Administrator securing all necessary internal corporate and board approvals. |

THIS PROPOSAL SHALL, UNLESS ACCEPTED, REJECTED OR COUNTERED BY OWNER, REMAIN OPEN FOR A PERIOD OF THIRTY (30) DAYS, AND THE TERMS OF WHICH SHALL BE KEPT CONFIDENTIAL

## Schedule A

**Subject Compositions [forthcoming but to include not less than the following]**

| # | Song Title | Artist | Percent Control |
|---|---|---|---|
| 1. | "Like That" | Metro Boomin, Future & Kenrick Lamar | 50% |
| 2. | | | |
| 3. | | | |

# EXHIBIT H