**HERBSMAN HAFER WEBER & FRISCH, LLP**
Attorneys At Law
494 Eighth Avenue, Sixth Floor
New York, New York 10001

Jonas E. Herbsman
J. Jeffrey Hafer
Dorothy M. Weber
Michael B. Frisch

Rakhil Kalantarova

James E. Doherty
Of Counsel

Telephone (212) 245-4580
Telecopier (212) 956-6471

**Writer's E-Mail:**
dorothy@musiclaw.com

August 13, 2025

<u>**Via ECF**</u>

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: <u>*The Barry White Family Trust U/A/D: December 19, 1980, By its Duly Empowered Trustees v. Cooley et al*</u>; Case No. 24-cv-07509 (DLC)

Dear Judge Cote:

Pursuant to Section 4F of your Honor's Individual Rules & Practices in Civil Cases, the Plaintiffs respectfully submit this letter to request Oral Argument on the pending Motion for Sanctions (Dkt. 139).

Respectfully submitted,

HERBSMAN HAFER WEBER
& FRISCH, LLP

Dorothy M. Weber, Esq.

DMW/rr