UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
THE BARRY WHITE FAMILY TRUST U/A/D:      :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY           :
EMPOWERED TRUSTEES,                      :    ORDER
                                         :
                         Plaintiffs,     :
                                         :
              -v-                        :
                                         :
JOE COOLEY, RODNEY DAVID OLIVER p/k/a    :
RODNEY-O, d/b/a NOT INTRESTED            :
PUBLISHING,                              :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   A schedule for pretrial proceedings was set out in an Order of April 25, 2025 and modified by an Order of July 17. The deadline for fact discovery is September 2. The deadline for expert discovery is October 3. Summary judgment motions are due to be filed by November 21 and due to be fully submitted by January 16, 2026.

   The defendants' obligations to participate in discovery have been addressed at conferences on April 24 and July 11, as well as in Orders of July 17 and 25. The plaintiffs filed a motion for sanctions on July 24. That motion was fully submitted on August 8.

   On August 19, an attorney filed a notice of appearance on behalf of defendant Rodney Oliver. Accordingly, it is hereby

ORDERED that the parties shall confer and submit a status letter by **August 28, 2025**. Among any other matters the parties wish to raise, that letter shall describe the status of the discovery deficiencies identified in the plaintiffs' motion for sanctions.

Dated:   New York, New York
         August 20, 2025

                                                    _____
                                                    DENISE COTE
                                                    United States District Judge