UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

THE BARRY WHITE FAMILY
TRUST U/A/D: DECEMBER 19, 1980,
BY ITS DULY EMPOWERED TRUSTEES,   Case No. 24-cv-07509 (DLC)

                Plaintiffs,   **NOTICE OF SETTLEMENT**

   -against-

JOE COOLEY,
RODNEY DAVID OLIVER P/K/A
RODNEY-O, d/b/a NOT INTRESTED
PUBLISHING,

                Defendants.
--------------------------------------------------x

      Plaintiffs and Defendant Joe Cooley reached an agreement to dismiss the claims with prejudice solely as against Defendant Joe Cooley and Defendant Joe Cooley to dismiss his counterclaims with prejudice as against Plaintiffs, and as a result, Plaintiffs are filing a settlement agreement to be so-ordered and a joint stipulation of dismissal.

Dated:  New York, New York
        August 28, 2025

                              **HERBSMAN HAFER WEBER &**
                              **FRISCH, LLP**

                              By: */s/ Dorothy M. Weber*
                              Dorothy M. Weber, Esq. (DMW-4734)
                              494 Eighth Avenue, 6th Floor
                              New York, New York 10001
                              dorothy@musiclaw.com
                              (212) 245-4580
                              *Attorneys for Plaintiffs*

TO:    Joe Cooley
        248 E 157th Street
        Gardena, CA 90248
        cooleyjoe011@gmail.com

        Kenneth D. Freundlich, Esq.
        16133 Ventura Blvd. Suite 645
        Encino, CA 91436
        ken@freundlichlaw.com
        *Attorneys for Defendant Oliver*