UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE BARRY WHITE FAMILY             Case No. 24-cv-07509 (DLC)
TRUST U/A/D: DECEMBER 19, 1980,
BY ITS DULY EMPOWERED TRUSTEES,

            Plaintiffs,

    -against-

JOE COOLEY,
RODNEY DAVID OLIVER P/K/A
RODNEY-O, d/b/a NOT INTRESTED
PUBLISHING,

            Defendants.
------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT JOE COOLEY AND HIS COUNTERCLAIMS PURSUANT TO F.R.C.P 41

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective undersigned counsel that the above-captioned action is voluntarily dismissed with prejudice solely as against Defendant Joe Cooley and Defendant Joe Cooley's counterclaims are dismissed with prejudice as against Plaintiffs The Barry White Family Trust U/A/D: December 19, 1980, By Its Duly Empowered Trustees, pursuant to the Federal Rules of Civil Procedure 41, with the parties to bear their own costs and attorneys' fees and the Court to retain jurisdiction over any

application to implement and/or enforce the terms of the So-Ordered Settlement Agreement (Dkt. 163) between Plaintiffs, Defendant Rodney Oliver, and Defendant Joe Cooley.

Dated: August 27, 2025
New York, New York

**HERBSMAN HAFER WEBER & FRISCH, LLP**

By: *[signature]*
Dorothy M. Weber, Esq. (DMW-4734)
494 Eighth Avenue, 6th Floor
New York, New York 10001
dorothy@musiclaw.com
(212) 245-4580

*Attorneys for Plaintiffs*

*[signature]*
Joe Cooley, *Pro Se* Defendant
8/27/25

**SO ORDERED:**

*[signature]*
Hon. Denise L. Cote
August 29, 2025