```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THE BARRY WHITE FAMILY TRUST U/A/D:        :   24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY             :
EMPOWERED TRUSTEES,                        :       ORDER
                                          :
                      Plaintiffs,         :
                                          :
          -v-                             :
                                          :
RODNEY DAVID OLIVER p/k/a RODNEY-O,        :
d/b/a NOT INTRESTED PUBLISHING,            :
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Rodney Oliver was originally represented by counsel in this action. He filed a notice of pro se appearance on March 14, 2025 and his former counsel was granted leave to withdraw on April 9. On August 19, Kenneth D. Freundlich filed a notice of appearance on behalf of Oliver. In letters of August 28, the plaintiffs and Oliver present their positions on the schedule in this action and request a conference. Accordingly, it is hereby

ORDERED that a conference shall be held telephonically on **September 10, 2025** at **3:00 p.m. Eastern Time**. The parties shall use the following dial-in credentials:

```
          Dial-in:         1-855-244-8681
          Access code:     2312 042 2648
```

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the following changes are made to the schedule in this action:

1. Oliver shall complete his document production by **September 10, 2025.**

2. Oliver's expert report and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., shall be due **September 15, 2025.** Identification of any rebuttal expert and disclosure of their expert testimony must occur by **October 6, 2025.**

3. Fact and expert discovery must be completed by **October 31, 2025.**

IT IS FURTHER ORDERED that the requests to adjourn the September 17 mediation and to extend the schedule for summary judgment motion practice are denied.

IT IS FURTHER ORDERED that the request by Oliver to submit a sur-reply on the motion for sanctions is denied.

Dated:   New York, New York
         August 29, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge