```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
THE BARRY WHITE FAMILY TRUST U/A/D:        :    24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY             :
EMPOWERED TRUSTEES,                        :        ORDER
                                           :
                    Plaintiffs,            :
                                           :
              -v-                          :
                                           :
RODNEY DAVID OLIVER p/k/a RODNEY-O,        :
d/b/a NOT INTRESTED PUBLISHING,            :
                                           :
                    Defendant.             :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

   For the reasons stated on the record at the conference held on September 10, 2025, it is hereby

   ORDERED that defendant Rodney Oliver has the responsibility of obtaining and producing documents in the possession of Necole Key, who has acted as Oliver's agent throughout the events at issue in this litigation.

Dated:   New York, New York
         September 10, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge