```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
THE BARRY WHITE FAMILY TRUST U/A/D:       :   24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY            :
EMPOWERED TRUSTEES,                       :       ORDER
                                          :
                         Plaintiffs,      :
                                          :
              -v-                         :
                                          :
RODNEY DAVID OLIVER p/k/a RODNEY-O,       :
d/b/a NOT INTRESTED PUBLISHING,           :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Necole Key has acted as defendant Rodney Oliver's agent throughout the events at issue in this litigation. At the conference held on September 10, 2025 and in an Order issued that day, the Court instructed that Oliver is responsible for obtaining and producing documents in Key's possession. Oliver served a subpoena on Key that demands the production of documents. On September 17, Necole Key moved to quash that subpoena. Key claims, inter alia, that she has already produced certain documents to Oliver and that the subpoena is unduly burdensome.

The Federal Rules of Civil Procedure permit the parties to obtain discovery, including through a subpoena, that is relevant

to their claims or defenses and proportional to the needs of the case.  Having reviewed Key's submission, it is hereby

ORDERED that Key's September 17 motion to quash Oliver's subpoena is denied.  Key shall forthwith comply with the document demands in Oliver's subpoena.

Dated:    New York, New York
          September 18, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge