UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- X
                                      :
THE BARRY WHITE FAMILY TRUST U/A/D:   :        24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY        :
EMPOWERED TRUSTEES,                   :            ORDER
                                      :
                     Plaintiffs,      :
                                      :
          -v-                         :
                                      :
RODNEY DAVID OLIVER p/k/a RODNEY-O,   :
d/b/a NOT INTRESTED PUBLISHING,       :
                                      :
                     Defendant.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this action has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 12, 2025**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          November 12, 2025

_____
DENISE COTE
United States District Judge