UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
 :
THE BARRY WHITE FAMILY TRUST U/A/D:     :   24cv7509 (DLC)
DECEMBER 18, 1980, BY ITS DULY          :
EMPOWERED TRUSTEES,                     :     ORDER
 :
                    Plaintiffs,         :
 :
        -v-                             :
 :
RODNEY DAVID OLIVER p/k/a RODNEY-O,     :
d/b/a NOT INTRESTED PUBLISHING,         :
 :
                    Defendant.          :
 :
-------------------------------------- X

DENISE COTE, District Judge:

   An Opinion of April 9, 2025 denied a motion to intervene by Necole Key. This action was recently discontinued by an Order of November 12 in light a settlement between the parties. In a letter of November 13, Key requests, among other things, to submit an audio recording for the Court's review. Key is not a litigant in this action and there is no pending dispute related to her subpoena. Accordingly, it is hereby

   ORDERED that the requests in Key's letter of November 13 are denied.

Dated:   New York, New York
         November 18, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge